JOHN HAAR, EXECUTOR, ET AL., APPELLANTS, v. NATHAN SCHLOSS.

(Filed 5 November, 1914.)

**Insufficient Parties—Appeal and Error—Practice.**

It appearing that certain heirs at law should be made parties, this case is remanded, to that end.

APPEAL by plaintiffs from *Allen, J.,* at February Term, 1914, of NEW HANOVER.

*Bellamy & Bellamy for plaintiff.*
*Herbert McClammy for defendant.*

PER CURIAM.    It appearing from an inspection of the record that it is necessary for the heirs at law of Mary Christ to be made parties in this action, in order that an adjudication binding upon all persons interested in the land shall be made, it is ordered that the action be remanded, to the end that said heirs be made parties.

Remanded.